UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YVONNE GARNER
    Plaintiff;

v.

RYAN CUBELLS
    Defendant.

Case No. 3:15-cv-01881-HBF

## **JUDGMENT**

This matter came on for trial before a jury before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, after a consent to proceed before a United States Magistrate Judge was entered on April 3, 2017. On November 8, 2017, after deliberation, a jury returned a verdict for defendant, Ryan Cubells, against plaintiff, Yvonne Garner. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant, Ryan Cubells against plaintiff, Yvonne Garner and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of November 2017.

ROBIN D. TABORA, Clerk

By: /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD: 11/17/17